RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (N.J. Bar No. JS-5525)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza, One Speedwell Avenue
P.O. Box 1981
Morristown, New Jersey 07962-1981
(973) 538-0800

-and-

500 Fifth Avenue, 49th Floor
New York, New York 10110
(212) 302-6574

Attorneys for Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TEXSTYLE, LLC,<br>  d/b/a TEXSTYLE HOME FASHIONS,<br><br>                             Debtor. | Chapter 11<br><br>Case No. 11-11686 (SMB) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Kevin J. Larner (the "Movant"), an associate with the firm of Riker Danzig Scherer Hyland & Perretti, LLP ("Riker"), a member in good standing of the bar of the State of New York and member in good standing of the bar of this Court, hereby moves for the admission Joseph L. Schwartz to practice and appear *pro hac vice* before this Court in the above-captioned matter. In support thereof, the Movant respectfully states as follows:

       1. Joseph L. Schwartz is a partner with Riker and is a member in good standing of the bar of the State of New Jersey and the bar of the United States District Court for the District of New Jersey.

       2. Mr. Schwartz's contact information is as follows:.

| | |
|---|---|
| Mailing Address: | Joseph L. Schwartz, Esq.<br>Riker Danzig Scherer Hyland & Perretti LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |
| Telephone Number: | (973) 538-0800 |
| Email Address: | jschwartz@riker.com |

3. The filing fee of $25.00 is being submitted with this motion for *pro hac vice* admission.

WHEREFORE, the Movant respectfully requests that the Court grant the admission, *pro hac vice,* of Joseph L. Schwartz, Esq. in this bankruptcy case.

Dated: April 12, 2011
Morristown, New Jersey

By: /s/ Kevin J. Larner
Kevin J. Larner
RIKER DANZIG SCHERER HYLAND
 & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

4131124.1