TEXSTYLE, LLC
DIP BUDGET
April 12, 2011

| | Pre-Petition 4/11/11 | DIP 4/12/11 to 4/15/11 | DIP 4/22/11 | DIP 4/29/11 | DIP 5/6/11 | DIP 5/13/11 | DIP 5/20/11 | DIP 5/27/11 | DIP 6/3/11 | DIP 6/10/11 | DIP 6/17/11 | DIP 6/24/11 | DIP 7/1/11 | DIP Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inventory Purchases - Current Only - China | | 45,374 | | | | 256,539 | 71,531 | 153,258 | 342,752 | 94,341 | 458,367 | 452,123 | 93,612 | 1,922,523 |
| Jeffrey Fabrics | | | | | | | | | | | | | | - |
| Inventory Purchases - Current Only - Pakistan | - | 20,523 | 34,660 | - | 32,026 | - | - | 21,730 | 21,730 | 30,899 | 30,899 | 30,899 | 30,899 | 279,116 |
| Ocean Freight - MGL - Current | - | 30,191 | 5,722 | 12,261 | 27,420 | 7,547 | 36,669 | 36,170 | 7,489 | 15,120 | 5,440 | 10,918 | 5,790 | 191,070 |
| Customs - 10% of Purchases | - | 20,000 | 10,619 | 15,326 | 37,478 | 9,434 | 45,837 | 47,385 | 11,534 | 21,990 | 19,890 | 26,737 | 20,327 | 296,749 |
| California 3rd Party Distribution Center | | 13,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 295,000 |
| New Office Rent/ Relocation Expense | | | | | 12,000 | | | | 12,000 | | | | 12,000 | 49,000 |
| New Showroom Deposit | | | | | | | | | | | 30,000 | | | 30,000 |
| Las Vegas Customer Service Rent | | | | | 2,000 | | | 2,000 | | | | | 2,000 | 6,000 |
| Payroll - Including Taxes | | 35,000 | 35,000 | 35,000 | 35,000 | 33,250 | 35,000 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 407,750 |
| Healthcare– United Heathcare | | | | | | 15,000 | | | | | 15,000 | | | 30,000 |
| Commissions | | | | 29,080 | | | | 39,630 | | | | 57,795 | | 126,505 |
| Travel & Entertainment | | 5,000 | 5,000 | 5,000 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 35,250 |
| Professional Fees - Silverman Acampora | 80,000 | | | | | | | 37,500 | | | | 37,500 | | 75,000 |
| Professional Fees - RAS | 63,097 | | | | | | | 34,500 | | | | 57,500 | (40,500) | 51,500 |
| Professional Fees - Committee | | | | | | | | 20,000 | | | | 20,000 | 10,000 | 50,000 |
| U.S. Filing Fees and Trustee Quarterly Fee | | 1,500 | | | | | | | | | | | 13,000 | 14,500 |
| Other Insurance - Liability/D&O/WC | | 6,000 | 3,500 | | | | 3,500 | | | | | 3,500 | | 16,500 |
| UPS | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| FedEx | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Office Supplies | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Babine Lake - Walmart System | | | | | 1,020 | | | | 1,020 | | | 1,020 | | 3,060 |
| EDI Costs | | | | | 2,000 | | | | 2,000 | | | 2,000 | | 6,000 |
| IT Expense - Rippe/Others | | 2,500 | | | 10,000 | | | | 10,000 | | | | 10,000 | 32,500 |
| Wireless Service | | | 1,200 | | | | | 1,200 | | | | 1,200 | | 3,600 |
| Telephone | | 2,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 |
| Repair & Maintenance | | | | | - | | | | - | | | | - | - |
| Royalties - Crayola and Others - Current | | 4,240 | 3,368 | 3,304 | 4,834 | 2,754 | 2,754 | 2,754 | 2,754 | 3,853 | 3,853 | 3,853 | 3,853 | 42,176 |
| Design Costs | | 10,750 | 10,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 | 5,750 | 5,750 | 5,750 | 5,750 | 97,000 |
| Product Development | | 7,500 | | | | | | | | | | | | 7,500 |
| Walmart Displays - Expansion | | 10,000 | | | | | | | | | | | | 10,000 |
| Inserts - Artwork/Photography | | 1,500 | 1,500 | 1,500 | 25,000 | 1,500 | 1,500 | 1,500 | 8,000 | 1,500 | 1,500 | 1,500 | 8,000 | 54,500 |
| Utilities | | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Other | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 48,000 |
| Bank Interest | | | | | 14,711 | | | | 15,090 | | | 18,783 | | 48,584 |
| Bank Fees/DIP Fee | | | | | 4,000 | | | | 4,000 | | | | 4,000 | 37,000 |
| Bank Fees - Legal | | 25,000 | | | 40,000 | | | | 40,000 | | | | 20,000 | 100,000 |
| Reclamation Claims | | | | | | | | | | | | | 173,528 | 173,528 |
| Total Disbursements | 143,097 | 251,778 | 149,020 | 147,920 | 296,189 | 374,725 | 245,491 | 477,577 | 562,319 | 246,653 | 643,900 | 782,476 | 467,262 | 4,645,309 |
| | | | | | | | | | | | | | | |
| Beginning Loan Balance | 2,646,735 | 2,789,832 | 2,785,010 | 2,703,109 | 2,604,240 | 2,649,029 | 2,772,354 | 2,792,445 | 3,001,122 | 3,415,941 | 3,185,594 | 3,498,494 | 3,859,970 | 2,789,832 |
| Total Disbursements | 143,097 | 251,778 | 149,020 | 147,920 | 296,189 | 374,725 | 245,491 | 477,577 | 562,319 | 246,653 | 643,900 | 782,476 | 467,262 | 4,645,309 |
| Customer Collections | - | (256,600) | (230,920) | (246,790) | (251,400) | (251,400) | (225,400) | (268,900) | (147,500) | (477,000) | (331,000) | (421,000) | (664,300) | (3,772,210) |
| Ending Loan Balance | 2,789,832 | 2,785,010 | 2,703,109 | 2,604,240 | 2,649,029 | 2,772,354 | 2,792,445 | 3,001,122 | 3,415,941 | 3,185,594 | 3,498,494 | 3,859,970 | 3,662,931 | 3,662,931 |