**SILVERMANACAMPORA LLP**
Proposed Attorneys for TexStyle, LLC
 d/b/a TexStyle Home Fashions
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Gerard R. Luckman
Adam L. Rosen

Hearing Date: April 13, 2011
Time: 2:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                              Chapter 11

  TEXSTYLE, LLC,
    d/b/a TexStyle Home Fashions,                                      Case No. 11-11686 (SMB)


                               Debtor.
-----------------------------------------------------------------x

### NOTICE OF AGENDA ON "FIRST DAY" MOTIONS SCHEDULED FOR HEARING ON WEDNESDAY, APRIL 13, 2011 AT 2:00 P.M.

**Time and Date of Hearing:**         April 13, 2011 at 2:00 P.M.

**Location of Hearing:**         Honorable Stuart M. Bernstein, Courtroom 723, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004-1408

### First Day Motions

- Motion For Order Authorizing Debtor to Use Cash Collateral and Obtain Debtor in Possession Financing and Scheduling a Final Hearing (ECF Doc. No. 12)

    Related Document:
    Statement /Exhibit B - DIP Budget (ECF Doc. No. 13)

- Motion For Order Authorizing Payment of Certain Prepetition Employee Wages, Salaries, Expenses and Related Taxes and Authorizing and Directing Banks to Honor Employee Requests for the Wage, Salary and Expense Reimbursement Checks or Funds Transfers (ECF Doc. No. 8)

- Motion For Order Pursuant to Bankruptcy Code Sections 105(a), 345(b) and 363(c) Authorizing Debtor to (I) Continue to Use Its Existing Cash Management System; and (II) Maintain Its Existing Bank Accounts and Business Forms (ECF Doc. No. 11)

- Motion For Order Permitting Debtor to Continue Certain Customer Practices (ECF Doc. No. 10)

- Motion Authorizing the Debtor to Pay Certain Prepetition Obligations Owed to Distribution Network Vendors (ECF Doc. No. 9)

Response Deadline: None.

Response Received: None.

Status: Each of the First Day Motions is going forward.

Dated: Jericho, New York
April 12, 2011

                          **SILVERMANACAMPORA LLP**
                          Proposed Attorneys for TexStyle, LLC
                          100 Jericho Quadrangle, Suite 300
                          Jericho, New York 11753
                          (516) 479-6300
                          Gerard R. Luckman
                          Adam L. Rosen
                          Brett Silverman