| | |
|---|---|
| **SILVERMANACAMPORA LLP**<br>Proposed Attorneys for TexStyle, LLC,<br>Debtor and Debtor-in-Possession<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 479-6300<br>Gerard R. Luckman<br>Adam L. Rosen<br>Brett S. Silverman | **Hearing Date: May 12, 2011**<br>**Time: 9:55 a.m.**<br><br>**Objections Due: May 10, 2011**<br>**Time: 4:00 p.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                              Chapter 11

  TEXSTYLE, LLC,
    d/b/a TexStyle Home Fashions,                             Case No. 11-11686 (SMB)

                            Debtor.
---------------------------------------------------------------x

## NOTICE OF ADJOURNED HEARING OF DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND OBTAIN DEBTOR IN POSSESSION FINANCING

**PLEASE TAKE NOTICE**, that on **May 12, 2011 at 9:55 a.m.** (the "Adjourn Date"), a hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004, to consider the motion (the "Motion") of TexStyle, LLC d/b/a TexStyle Home Fashions, the above-captioned debtor and debtor-in-possession (the "Debtor"), seeking entry of a final order authorizing the Debtor to use cash collateral and obtain debtor in possession financing.

**PLEASE TAKE FURTHER NOTICE**, that previously on April 14, 2011, the Court entered the attached Interim Order authorizing the Debtor to use cash collateral and obtain debtor in possession financing on an interim basis pending a final hearing on the Motion. The final hearing on the Motion was previously scheduled for April 28, 2011.

**PLEASE TAKE FURTHER NOTICE**, that objections or responses to the Motion, if any, shall be (i) made in writing and filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other

parties in interest, and (ii) mailed to the Clerk of the United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004, on a 3.5 inch floppy disk with a hard copy delivered directly to the Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge. In addition, any objections or responses to the Motion shall be served upon: (i) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brett S. Silverman; (ii) counsel to the Committee, if one is appointed; (iii) counsel to Wells Fargo Bank, NA, Riker Danzig Scherer Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981; Attn Joseph L. Schwartz; and (iv) counsel to the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, so as to be actually received no later than **May 10, 2011 at 4:00 p.m.**

Dated: Jericho, New York
     April 28, 2011
                                    **SILVERMANACAMPORA LLP**
                                    Proposed Attorneys for TexStyle, LLC
                                      Debtor and Debtor-in-Possession

                                    By: __/Gerard R. Luckman_____
                                          Gerard R. Luckman
                                          Adam L. Rosen
                                          Brett S. Silverman
                                   100 Jericho Quadrangle, Suite 300
                                   Jericho, New York 11753
                                   Telephone: (516) 479-6300