UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                                  Chapter 11

TEXSTYLE, LLC,
   d/b/a TexStyle Home Fashions,                                Case No. 11-11686 (SMB)

                              Debtor.
------------------------------------------------------------x

## ORDER AUTHORIZING PAYMENT OF PREPETITION
## ACCRUED COMMISSIONS TO G. WRIGHT VARN

Upon the motion (the "Motion"), dated April 12, 2011, of TexStyle, LLC, doing business as TexStyle Home Fashions, the above-captioned debtor and debtor-in-possession (the "Debtor"), for entry of an order authorizing, but not directing, payment to employees of certain accrued employee wages, salaries and commissions, expenses, and benefits in accordance with the policies and practices established by the Debtor prior to the filing of the Debtor's chapter 11 case; and this Court having entered a final order, dated April 28, 2011 (the "Final Order"), granting the portion of the Motion relating to the payment of certain commissions owed to Debtor's sales representatives and to pay any and all related taxes and processing fees; and upon the Debtor's representation that the commissions due to G. Wright Varn ("Varn") were inadvertently omitted from the Motion; and upon the Debtor's request that the Court enter a separate order authorizing the payment of $1,362.90 in commissions to Varn; and the Creditors' Committee having consented to the relief requested in this Order; and upon the record of the hearings held by the Court on April 13, 2011, April 21, 2011 and April 28, 2011, which are incorporated herein by reference; and, after due deliberation, it appearing that the relief granted herein (a) is necessary to avoid imminent and irreparable harm to the Debtor and its estate and (b) provides a net benefit to the Debtor and its estate, taking into account the Debtor's rights under the Bankruptcy Code; and sufficient cause appearing therefor, it is hereby

**ORDERED,** that the Debtor is hereby authorized but not required to pay Varn up to $1,362.90 in unpaid prepetition commissions and to pay any and all related taxes and processing fees in connection with the payment made pursuant to this Order; and it is further

**ORDERED,** that nothing herein or in the Motion constitutes the assumption of an agreement under Bankruptcy Code § 365, and the Debtor fully reserves its rights to object to any claim filed by Varn; and it is further

**ORDERED,** that the relief requested in the Motion as it pertains to Varn and granted by this Order is effective immediately upon its entry, notwithstanding the possible application of Bankruptcy Rules 6004(h), 7062 and 9014; and it is further

**ORDERED,** that the Debtor is authorized to take such actions as may be necessary and appropriate to implement the terms of this Order.

Dated:   New York, New York
           June 14, 2011

                                       **/s/ STUART M. BERNSTEIN**
                                       HONORABLE STUART M. BERNSTEIN
                                       UNITED STATES BANKRUPTCY JUDGE